This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.

IT IS SO ORDERED.

Dated: September 20, 2018

Guy R. Humphrey
United States Bankruptcy Judge

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
|   **Bruce D Goodman** | : | Case No.: 15-33610 |
|   **Karin L Goodman** | : | Chapter 13 |
| | : | Judge Guy R. Humphrey |
|     **Debtor(s).** | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

**AGREED ORDER RESOLVING MOTION FOR RELIEF FROM STAY (DOCKET NUMBER 55) AS TO REAL PROPERTY LOCATED AT RR #2 BOX 339, ALBANY, KY 42602**

This matter having come before the Court on the Motion for Relief from Stay which was filed in this court by PNC Bank, National Association ("Creditor") as Docket Number 55, and the opposition of Bruce D Goodman and Karin L Goodman (collectively, "Debtor") thereto; and

15-035583_MAR1

it appearing to the Court that the parties have agreed to a course of action which will permit the continuation of the automatic stay conditioned upon certain provisions incorporated herein for the protection of Creditor; and the Court, being otherwise fully advised in the premises, hereby issues the following Order with respect thereto:

1. The Parties agree that the Chapter 13 Plan filed herein on behalf of the Debtor provided that said Debtor was to make regular monthly mortgage payments to Creditor outside of the Plan in a regular monthly fashion.

2. The Parties agree that in breach of the terms of said Plan, the Debtor failed to make certain of the regular monthly mortgage payments to Creditor; said payments have since been brought current and are now due for the September 2018 payment.

3. The Debtor hereby agrees to resume regular monthly mortgage payments outside the Plan directly to Creditor for the September 1, 2018 regular monthly mortgage payment and to make all further monthly payments in a timely fashion.

4. This Provisional Order remains in full force and effect in the event Debtor's case is dismissed by the Court and Debtor subsequently reinstates his case by order of the Court and/or the Creditor obtains relief from stay and the stay is subsequently reinstated by order of the Court.

5. The following are events of default under this Provisional Order: (a) Debtor fails to pay any future monthly mortgage payment so that the payment is not received by Creditor on the last day of the month in which it is due; (b) Debtor fails to make any Chapter 13 Plan payment to the Trustee's Office within 30 days of the last day of the month in which it is due (hereinafter, any of the events described above shall be referred to as a "Default").

6.    In the event of a Default, Creditor shall file a Notice specifying the Default, with service to Debtor and Debtor's counsel ("Notice"), allowing Debtor 10 days to cure the Default ("Cure Opportunity"). If the Default is not cured, Creditor shall submit a proposed Order for Relief from the Automatic Stay.

7.    The Parties agree that Debtors shall receive no more than two Notices and two Cure Opportunities. If Debtor defaults a third time, Creditor shall submit a proposed Order Granting Relief to the Court without further notice to the Debtor and Debtor's Counsel.

**SO ORDERED.**

/s/ Adam B. Hall
Adam B. Hall (0088234)
P.O. Box 165028
Columbus, OH  43216-5028
Telephone:  614-220-5611
Fax:  614-627-8181
Email:  abh@manleydeas.com
Attorney for Creditor

/s/ Richard P. Arthur
Richard P. Arthur (0033580)
1634 S Smithville Rd
Dayton, OH  45410
Telephone:  937-254-3738
Fax:  937-254-1410
Email:  arthurlawoffice@woh.rr.com
Attorney for Debtor

/s/ Scott G. Stout, Attorney for Trustee
Jeffrey M. Kellner
Chapter 13 Trustee
131 N Ludlow Street
Suite 900
Dayton, OH  45402

Email: ecfclerk@dayton13.com

<u>Copies to</u>: Default list plus additional parties

    Bruce D Goodman and Karin L Goodman, RR #2 Box 339, Albany, KY  42602
    (notified by regular US Mail)

United States Bankruptcy Court
Southern District of Ohio

```
In re:                                                          Case No. 15-33610-grh
Bruce D Goodman                                                 Chapter 13
Karin L Goodman
         Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0648-3          User: doylec              Page 1 of 1              Date Rcvd: Sep 21, 2018
                              Form ID: pdf01            Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 23, 2018.
```
db            +Bruce D Goodman,    3741 Marshall Road,    Kettering, OH 45429-4919
jdb           +Karin L Goodman,    151 Taylors Trace,    Albany, KY 42602-7787
               Bruce D Goodman and Karin L Goodman,    RR #2 Box 339,    Albany, KY  42602
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 21, 2018 at the address(es) listed below:
```
              Adam Bradley Hall    on behalf of Creditor     PNC Bank, National Association amps@manleydeas.com
              Asst US Trustee (Day)    USTPRegion09.CB.ECF@usdoj.gov
              Jeffrey M Kellner    ecfclerk@dayton13.com,  onelook@dayton13.com
              John R Cummins    on behalf of Creditor    PNC Bank, National Association amps@manleydeas.com
              Richard P Arthur    on behalf of Joint Debtor Karin L Goodman arthurlawoffice@woh.rr.com
              Richard P Arthur    on behalf of Debtor Bruce D Goodman arthurlawoffice@woh.rr.com
                                                                                             TOTAL: 6
```