**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: November 7, 2019**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>　　Bruce D Goodman<br>　　Karin L Goodman<br>　　　　Debtors | Case No: 15-33610<br>　　(Chapter 13)<br><br>JUDGE GUY R. HUMPHREY |

**AGREED ORDER RESOLVING CHAPTER 13 TRUSTEE'S OBJECTION and APPROVING MODIFIED PLAN (Doc. 67) AT BAR**

This matter was scheduled for hearing on November 7, 2019, upon the Debtors' Modified Chapter 13 Plan (Doc. 67), and the Chapter 13 Trustee's Objection (Doc. 70).

In accordance with the parties agreement resolving the Chapter 13 Trustee's Objection, IT IS ORDERED that the Debtors' Modified Plan be modified as follows:

1) provide that the Chapter 13 Trustee's Objection to Modified Plan is hereby resolved;

2) provide the dividend to unsecured creditors shall remain at 100%.

IT IS FURTHER ORDERED said modification is hereby approved.

IT IS SO ORDERED.

Approved By:

| /S/ John G. Jansing | /S/ Richard P Arthur |
|---|---|
| John G Jansing  #0040926 | RICHARD P ARTHUR  0033580 |
| CHAPTER 13 TRUSTEE | ATTORNEY FOR DEBTORS |
| 131 N LUDLOW ST   SUITE 900 | 1634 S SMITHVILLE RD |
| DAYTON, OH  45402-1161 | DAYTON, OH  45410 |
| (937) 222-7600  FAX (937) 222-7383 | (937) 254-3738  FAX (937) 254-1410 |
| email: chapter13@dayton13.com | email: arthurlawoffice@woh.rr.com |

**Copies:**
Default List.