This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: March 5, 2020**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>    Bruce D Goodman<br>    Karin L Goodman<br>        Debtors | Case No: 15-33610<br>    (Chapter 13)<br><br>JUDGE GUY R. HUMPHREY |

**AGREED ORDER RESOLVING TRUSTEE'S MOTION TO DISMISS (Doc. 82) AND PLACING DEBTOR ON PAYMENT PROBATION AND ORDERING OTHER MATTERS**

This matter coming on for hearing on March 5, 2020, upon the Motion to Dismiss for Failure to Make Payments (Doc. 82), and upon agreement of the parties,

IT IS ORDERED:

1) The Chapter 13 Trustee's Motion to Dismiss is hereby resolved;

2) The Debtors are placed on payment probation through life of the plan starting with the April 18, 2020 payment. If the Debtors fail to make any payment during the probationary period the Trustee shall submit an order to the Court dismissing this case without further notice or hearing.

3) if the property on Watervilet does not sell by November 30, 2020, the Trustee shall submit an order to the Court dismissing this case without further notice or hearing.

IT IS SO ORDERED.

Approved By:

____/S/_John G. Jansing_____  
John G. Jansing  #0022205  
Chapter 13 Trustee  
131 N. Ludlow St.  Suite 900  
Dayton, OH  45402-1161  
(937) 222-7600  FAX (937) 222-7383  
email: chapter13@dayton13.com

__/S/__Richard P Arthur_____  
RICHARD P ARTHUR  #0033580  
ATTORNEY FOR DEBTORS  
1634 S SMITHVILLE RD  
DAYTON, OH  45410  
(937) 254-3738  FAX (937) 254-1410  
email: arthurlawoffice@woh.rr.com

**Copies:**
   Default List.