This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.

**IT IS SO ORDERED.**

Guy R. Humphrey
United States Bankruptcy Judge

**Dated: September 29, 2020**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | |
|---|---|
| IN RE:<br>    Bruce D Goodman<br>    Karin L Goodman<br>        Debtors | Case No: 15-33610<br>(Chapter 13)<br><br>JUDGE GUY R. HUMPHREY |

**AGREED ORDER RESOLVING CHAPTER 13 TRUSTEE'S OBJECTIONS
and APPROVING AMENDED MODIFIED PLAN (Doc. 94) AT BAR**

This matter was scheduled for hearing on September 17, 2020, upon the Debtors' Amended Modified Chapter 13 Plan (Doc. 94), and the Chapter 13 Trustee's Objections (Docs. 92 & 96).

In accordance with the parties agreement resolving the Chapter 13 Trustee's Objection, IT IS ORDERED that the Debtors' Modified Plan be modified as follows:

1) provide the Chapter 13 Trustee's Objections to Amended Modified Plan is hereby resolved;

2) provide the Amended Modified Plan is approved upon the condition Debtor pay off the plan or the real estate is under contract by December 31, 2020, or the Trustee shall submit an order to the court dismissing this case without further notice or hearing.

3) all other terms of the modified plan are approved as proposed.

IT IS FURTHER ORDERED said amended modification is hereby approved.

IT IS SO ORDERED.

Approved By:

| /S/ John G. Jansing | /S/ Richard P Arthur |
|---|---|
| John G Jansing  #0040926 | RICHARD P ARTHUR  0033580 |
| Chapter 13 Trustee | ATTORNEY FOR DEBTORS |
| 131 N. Ludlow St.  Suite 900 | 1634 S SMITHVILLE RD |
| Dayton, OH  45402-1161 | DAYTON, OH  45410 |
| (937) 222-7600  FAX (937) 222-7383 | (937) 254-3738  FAX (937) 254-1410 |
| email: chapter13@dayton13.com | email: arthurlawoffice@woh.rr.com |

**Copies:**
　　Default List.